Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:**
**GLENDA GAIL DELACERDA**
**DEBTOR**

**CASE NO: 23-30934-SWE-13**

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COOPERATE**

TO THE HONORABLE SCOTT W. EVERETT, BANKRUPTCY JUDGE:

COMES NOW, Thomas D. Powers , Standing Chapter 13 Trustee, to file this Notice of Withdrawal and would respectfully show the following:

The Trustee had filed a Trustee's Motion to Dismiss for Failure to Cooperate.

The matter was set for hearing and a pre-hearing conference as noted above. At the pre-hearing conference the Trustee's attorney announced that he wished to withdraw the Trustee's Motion to Dismiss for Failure to Cooperate.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700