**IN RE:** **Case No:**

**NOTICE OF ADDRESS CHANGE**

TO: ALL PARTIES IN INTEREST

**Effective Monday June 9th, 2025** the legal and Operations office of Thomas D. Powers, Standing Chapter 13 Trustee, will relocate to:

**Office of the Standing Chapter 13 Trustee**
**5601 Executive Dr**
**Suite 300**
**Irving, TX 75038**

Payments to the Trustee will continue to be processed at the following PO BOX:

**Office of the Standing Chapter 13 Trustee**
**PO BOX 1958**
**MEMPHIS, TN 38101-1958**

:

**Attorney:**

**Court:** **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242**

**Trustee:** **TRUSTEE'S OFFICE, 5601 EXECUTIVE DR, SUITE #300, IRVING, TEXAS 75038**

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700