# United States Bankruptcy Court

Northern District of Texas
(Dallas)

IN RE: GLENDA P DELACERDA

CASE NO.: 23-30934
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 3-3, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |
| Old payment address<br>Wells Fargo Auto<br>PO Box 17900<br>Denver, CO 80217<br>–0900 | New payment address<br>Wells Fargo Auto<br>PO Box 51963<br>Los Angeles CA<br>90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/04/2025

/s/Brian McKee
Lead Loan Servicing Representative
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Northern District of Texas
(Dallas)

IN RE: GLENDA P DELACERDA

CASE NO.: 23-30934
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/04/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/04/2025

/s/Brian McKee
Lead Loan Servicing Representative
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto